JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS ALCANTAR on behalf of himself and others similarly situated,<br><br>　　　　Plaintiff,<br>　v.<br>AMERIMAX BUILDING PRODUCTS, INC.; EURAMAX INTERNATIONAL, INC.; AMERIMAX COATED PRODUCTS; and DOES 1 to 100, Inclusive,<br><br>　　　　Defendants. | Case No.: CV 10-08916 DDP (CWx)<br><br>Hon. Dean D. Pregerson<br><br>**JUDGMENT**<br><br>Date:　　　January 14, 2013<br>Time:　　　10:00 a.m.<br>Courtroom: 3-2nd Floor |

This Court, having Granted Final Approval of the JOINT STIPULATION OF SETTLEMENT in the above-entitled action, as follows:

　　1.　　The Court hereby GRANTS final approval of the class action settlement upon the terms and conditions set forth in the Stipulation of Settlement, including the definition of the Class and the Class Period as stated below. The Court finds the proposed Settlement, contained in the Joint Stipulation Re Class Action Settlement ("Joint Stipulation") filed concurrently with Plaintiff's Motion for Preliminary Approval, meets the criteria for Final Settlement Approval. The Settlement is

sufficiently fair, adequate and reasonable, and appears to be the product of arm's-length and informed negotiations, and treats all class members fairly and adequately.

    2.    The Court hereby certifies the settlement class and subclass pursuant to Federal Rule of Civil Procedure 23, preliminarily and solely for the purpose of settlement.  The settlement class is defined as:

    a. Meal Class:  All persons who are employed or have been employed as nonexempt hourly employees by Defendants in California from August 30, 2006 to through June 1, 2011,

    b. Rest Class: All persons who are employed or have been employed as nonexempt hourly employees by Defendants in California from August 30, 2006, to through June 1, 2011.

    c. Regular Rate Class: All persons who are employed or have been employed as nonexempt hourly employees by Defendants in California from August 30, 2006 to through June 1, 2011, who received any type of bonus or incentive pay during the class period.

    d. 203 Class: All former employees, employed by Defendants in California from August 30, 2006 to through June 1, 2011, who belong to the meal class, rest class or the regular rate class as defined above in (a) through (c).

    3.    The Court hereby directs that, no later than five (5) business days after the Court has signed the Final Approval Order, Defendant shall provide payment to the Claims Administrator in the amount of Two Hundred Five Thousand Dollars ($205,000.00) which will be used to pay claims, LWDA, attorneys' fees and costs, and the class representative enhancement.  Interest accrued on this deposit (if any) shall be included in the NFV except that if final approval is reversed on appeal, then Defendant is entitled to prompt return of the principal and all interest accrued.

    4.    The Court hereby directs that, no later than fifteen (15) business days after the Court has signed the Final Approval Order, the Claims Administrator will pay all claims, LWDA, and Court-approved attorney's fees, costs, and the

1  enhancement payment. The effective date shall be the date of final approval since
2  there are no objections filed to the settlement.
3      5.   The Court hereby approves the payment of an enhancement award to the
4  Class Representative in the amount of Six Thousand Five Hundred Dollars ($6,500),
5  to be paid from the Gross Settlement Fund as provided in the Stipulation of
6  Settlement. The Claims Administrator shall promptly cut check and mail it by first-
7  class mail to the Class Representative, but in no event later than fifteen (15) days after
8  the effective date.
9      6.   The Court considered the extent of the litigation and/or prosecution of
10 the parties, and hereby approves payment of reasonable attorneys' fees to Class
11 Counsel in the amount of Sixty One Thousand Five Hundred Dollars ($61,500). The
12 Claims Administrator shall promptly cut check and mail it by first-class mail to Class
13 Counsel, but in no event later than 15 (fifteen) days following the effective date.
14     7.   The Court hereby approves the payment of reasonable attorneys' costs to
15 Class Counsel in the amount of Five Thousand One Hundred Sixty Six Dollars and
16 Twenty Five Cents ($5,166.25)  The Claims Administrator shall promptly cut check
17 and mail it by first-class mail to Class Counsel, but in no event later than 15 (fifteen)
18 days following the effective date.
19     8.   The Court hereby approves the payment for LWDA in the amount of
20 Two Thousand Five Hundred Dollars ($2,500) to be paid from the Gross Settlement
21 Fund.
22     9.   Settlement checks shall remain valid and negotiable for one hundred and
23 eighty (180) calendar days from the date of their issuance. If there are uncashed
24 checks following this period, 50% of the funds from the uncashed checks shall go to
25 Defendants and 50% shall be donated to a charity of the Parties' mutual designation.
26     10.  Any Class Member who submitted a valid and timely request to be
27 excluded from the Settlement shall no longer be a member of the Class, shall not be
28 bound by the terms of the Settlement, shall be barred from participating in this

1  Settlement, shall have no right to object to this Settlement, and shall receive no
2  benefit from this Settlement.  The Class Members who did not timely exclude
3  themselves from the Settlement have released their claims against Defendant as set
4  forth in the Stipulation of Settlement.  The Class Members who did not timely object
5  to the Settlement are barred from prosecuting or pursuing any appeal of the Court's
6  Order granting final approval to the Settlement.

7       11.   Without affecting the finality of this Final Judgment in any way, this
8  Court hereby retains continuing jurisdiction over the interpretation, implementation
9  and enforcement of the Stipulation of Settlement, including the claims process
10 established therein.

11      12.   If the Settlement does not become final and effective in accordance with
12 the terms of the Stipulation of Settlement, any and all orders entered in connection
13 herewith shall be rendered null and void and shall be vacated

15      The Court hereby orders, adjudges and decrees that Judgment in this matter is
16 entered in accordance with the Court's Final Approval Order and the Parties'
17 Stipulation as outlined above.

19 Dated: January 15, 2013

23                                HON. DEAN D. PREGERSON
24                                UNITED STATES DISTRICT JUDGE